*1*           **JS-6**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELITE MANUFACTURING CORPORATION, a California corporation<br><br>    Plaintiff<br><br>vs.<br><br>JOANNA CHANG, an individual; CREATIVE IMAGES INTERNATIONAL, INC., a California corporation; and DOES 2-10, inclusive<br><br>    Defendants<br><br>AND RELATED COUNTERCLAIMS | Case No. CV10-6493 AHM (JEMx)<br><br>**FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS CREATIVE IMAGES INTERNATIONAL, INC. AND JOANNA CHANG** |

      This case having come on before this Court upon the pleadings, and it being represented to the court that Plaintiff Elite Manufacturing Corporation ("Elite") and Defendants Creative Images International, Inc. ("Creative") and Joanna Chang ("Chang") have settled their differences with respect to the matters in dispute by a Settlement Agreement. On the consent of Elite and its attorneys, Creative and Chang

and their attorneys, and good cause having been shown:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED:

1. This Court has jurisdiction over these parties and the subject matter herein.

2. Venue is proper in this judicial district.

3. Plaintiff, Elite is a California corporation having its principal place of business located at 12143 Altamar Place, Santa Fe Springs, California 90670.

4. Defendant, Joanna Chang is a California resident, and Defendant Creative Images International, Inc. is a California corporation having a principal place of business at 1444 Factor Avenue, San Leandro, California 94577.

5. Defendants Chang and Creative acknowledge that Plaintiff Elite's U.S. Design Patent Nos. D543,733, issued June 5, 2007, D545,087, issued June 26, 2007, D509,385, issued September 13, 2005, D610,844, issued March 2, 2010, D489,193, issued May 4, 2004, and D541,560, issued May 1, 2007, respectively describing and claiming chair and table designs have been non-willfully infringed by Chang and Creative by the importation and sale of their furniture product model nos. T-653, C-654, C-665, T-664, T-666, Y-489 series, Y-486 series, C-747, BT-664, BS-665 ("the Accused Products").

6. Chang and Creative agree that they shall not, in the future, make, use, sell, import, or offer for sale any Accused Products or any products having substantially the same design as that of the Accused Products.

7. Chang and Creative, their officers, directors, principals, agents, servants, employees, successors, assigns, are hereby permanently enjoined and restrained from making, importing, using, offering for sale, or selling any Accused Products, or any products having substantially the same design as that of the Accused Products during the terms of the said Elite Patents without license or other authority from Elite and from offering or advertising to do so, and from inducing or contributing to the infringement of said Elite Patents by the Accused Products or any products having

FINAL CONSENT JUDGMENT

substantially the same design as that of the Accused Products.

8. All claims and counterclaims of Elite and Defendants, Chang and Creative alleged in this action are dismissed with prejudice with both parties bearing their own costs and attorneys fees. Jurisdiction is retained by this Court for the purpose of insuring compliance with the terms hereof, and enabling the parties to apply to this court for further orders regarding the enforcement, interpretation, and performance of the parties' Settlement Agreement.

IT IS HEREBY ORDERED.

Dated: July 14, 2011

A. Howard Matz
United States District Court Judge

**JS-6**